United States District Court
County of Southern District of New York

Attorney: Edward Friedman

| | | |
|---|---|---|
| Nerys Pichardo | | Index #4645/07 |
| | Petitioner Plaintiff(s), | |
| -against- | | AFFIDAVIT OF SERVICE |
| The City of New York et al | | |
| | Respondent Defendant(s). | |

STATE OF NEW YORK: COUNTY OF KINGS ss:

Stephen Michael BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 07/30/07 at 2:40pm at 155-09 Jewel Avenue Flushing,NY 11367 deponent served the within Summons In A Civil Action & Complaint on POLICE OFFICER JOHN EHMER SHIELD NO: 20661 C/O 114TH PCT/PSA, therein named.

**A. INDIVIDUAL** by delivering a true copy of each to said defendants personally; deponent knew the person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**B. CORPORATION/BUSINESS** a (domestic)(foreign) corporation/business by delivering thereat a true copy of each to
Personally, deponent knew said corporation/business so served to be the corporation/business described in said summons as said defendant and knew said individual to be thereof

**C. XXX SUITABLE AGE PERSON** by delivering thereat a true copy(ies) of each to Sgt. Meachar Sh.#2097 a person of suitable age and discretion. Said premises is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. (S)He identified (her)himself as Co-Worker of defendant.

**D. AFFIXING TO DOOR, ETC.** by affixing a true copy(ies) of each to the door of said premises, which is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence to find defendant, a person of suitable age and discretion or a work address thereat, having called there on

Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on 07/31/07

**MAILING USE WITH C. & D.**
**xxx**

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx) | Height (Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| male | tan | black | 30 | 5'0 | 175 |

**MILITARY SERVICE** Above person was asked whether the defendant(s) was(were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant(s) is(are) not in the military service of the Sate of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

**USE IN NYC CIVIL CT.** The language required by NYCRR (e), (f) & (H) was set forth on the face of the said summonses

**SUPREME COURT ACTION** Papers so served were properly endorsed with the index number and date of filing

Sworn before me on 07/31/07

NEIL J. SCHRAGER
Notary Public State of New York
NO. 24-4984776
Qualified in Kings County
Commission Expires July 29, 2009

Stephen Michael
**LICENSE NO. 0799621**

147650 230x 4.00