**EDWARD FRIEDMAN**
Attorney at Law
26 Court Street - Suite 1903
Brooklyn, New York 11242-1119
Tel: (718) 852-8849
Fax:: (718) 852-1489



September 28, 2007

Via Fax: (212) 805-7927

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re.: Nerys Pichardo v. The City of New York, et al.
07 CV 4645 (NRB)

Your Honor:

I am the attorney for the plaintiff in the above referenced matter. I am writing to request an adjournment of an initial pre-trial conference with the Court scheduled for October 4, 2007 at 3:15 P.M. This request is being made due to my engagement on trial in Kings County Supreme Court on the matter *People v. Allan Cameron*. Defendants' attorney, Prathyusha Reddy, consents to this request.

I am requesting one of the following dates: November 14, 2007 at 3:30 P.M., any time on November 16, 2007, or November 19, 2007 after 2 P.M.

Thank you for your consideration herein.

Respectfully yours,

EDWARD FRIEDMAN

EF/dw

cc: Prathyusa Reddy, Esq.
Assistant Corporation Counsel

*Endorsement:*
The conference is adjourned until November 19, 2007 at 3 p.m. The parties are expected to make discovery progress in the interim.
So Ordered.
Naomi Reice Buchwald
10/2/07

MEMO ENDORSED