```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
NERYS PICHARDO,

                Plaintiff,

        - against -                           O R D E R

THE CITY OF NEW YORK, POLICE OFFICER          07 Civ. 4645 (NRB)
EDWARD W. BROGAN, Shield No. 26491;
POLICE OFFICER JOHN EHMER, Shield No,
20661, and POLICE OFFICERS "JOHN DOES
1 and 2",

                Defendants.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 90 days.

**SO ORDERED.**

Dated:   New York, New York
         September 8, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE